1
2
3
4
5
6
7
8                      IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DAVID EDWARDS,

11              Plaintiff,                 No. CIV S-10-0298 DAD P

12        vs.

13   N. GRANNIS, et al.,

14              Defendants.                ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28

18   U.S.C. § 1915.

19              Plaintiff's in forma pauperis application does not include a certified copy of

20   plaintiff's prison trust account statement for the six-month period immediately preceding the

21   filing of the complaint in this action or a prison official's certification.  See 28 U.S.C.

22   § 1915(a)(2).  Plaintiff's incomplete application will be denied with leave to file a properly

23   completed application to proceed in forma pauperis.

24              Accordingly, IT IS HEREBY ORDERED that:

25              1.  Plaintiff's application to proceed in forma pauperis (Doc. No. 2) is denied

26   without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice; and

3. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: February 12, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
edwa0298.3e

2