IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID EDWARDS,

    Plaintiff,                    No. CIV S-10-0298 DAD P

    vs.

N. GRANNIS, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action. On May 11, 2010, the court ordered the United States Marshal to serve the complaint on one defendant. The Marshal was unable to effect service on defendant Peck because the California Department of Corrections and Rehabilitation locator was unable to locate defendant Peck.

        If plaintiff wishes to proceed with his claims against defendant Peck, plaintiff must provide additional information that will enable the United States Marshal to serve this defendant. Plaintiff shall promptly seek such information through any means available to him.

        Plaintiff is cautioned that when service of a complaint is not made upon a defendant within 120 days after the complaint was filed, the court may be required to dismiss the plaintiff's claims against that defendant. <u>See</u> Fed. R. Civ. P. 4(m).

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff one summons, one USM-285 form, an instruction sheet, and a copy of the amended complaint filed April 6, 2010;

2. Within sixty days from the date of this order, plaintiff shall either complete the attached Notice of Submission of Documents and submit it to the court with the documents listed below, or plaintiff shall show good cause why he cannot provide the required information and documents:

    a. One completed USM-285 form for defendant Peck;

    b. Two copies of the endorsed complaint filed April 6, 2010; and

    c. One completed summons form.

DATED: September 2, 2010.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD: md
edwa0298.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|                          |                          |
|--------------------------|--------------------------|
| Plaintiff,               | No. CIV S-               |
| vs.                      |                          |
|                          | NOTICE OF SUBMISSION     |
| Defendants.              | OF DOCUMENTS             |
| _____/ |                        |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

　　　____ <u>one</u> completed summons form;

　　　____ <u>one</u> completed USM-285 form; and

　　　____ <u>two</u> true and exact copies of the complaint filed **[date]**.

DATED: _____.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Plaintiff